B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Massachusetts | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Abbington Partners, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>45-2807329 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>Registered Address    76 Summer Street<br>                         Boston, MA  02110<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Suffolk<br>ZIP CODE 02110 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>c/o David Pearlman, Esq.<br>Pearlman Legal Enterprises<br>One Boston Place, Suite 2600<br>Boston, MA 02108<br><br>ZIP CODE 02108 |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>Cohan Rasnik Myerson Plaut IOLTA, One State Street #1200, Boston MA 02109 |
|---|
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br>☑ Chapter 7      ☐ Chapter 11 |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other Consulting |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2                                    Name of Debtor   Abbington Partners, LLC

                                                                          Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/                                                      Member | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                        Date |
| Powers & Merchant PLLC                    6/4/2015 | Tal M. Unrad, Burns & Levinson LLP |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
| | 125 Summer Street, Boston, MA 02110 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Frank Iacono | (617) 345-3000 |
| 6 Donald Court West | Telephone No. |
| Blue Point, NY 11715 | |

| x /s/                                                      Manager | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                        Date |
| South Haven Financial LLC              6/4/2015 | Tal M. Unrad, Burns & Levinson LLP |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
| | 125 Summer Street, Boston, MA 02110 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Frank Iacono | (617) 345-3000 |
| 6 Donald Court West | Telephone No. |
| Blue Point, NY 11715 | |

| x /s/ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                        Date |
| Frank Iacono                               6/4/2015 | Pro Se |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | (917) 685-0537 |
| 6 Donald Court West | Telephone No. |
| Blue Point, NY 11715 | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Powers & Merchant, PLLC<br>1400 E Southern Ave. # 620<br>Tempe, AZ 85282 | Nature of Claim<br>Judgment for Breach of Contract | Amount of Claim<br>$321,542 |
|---|---|---|---|
| Name and Address of Petitioner | South Haven Financial LLC<br>101 Main Street, 14th Floor<br>Cambridge, MA 02142 | Nature of Claim<br>Judgment for Non Payment of Promissory Note | Amount of Claim<br>$99,832 |
| Name and Address of Petitioner | Frank Iacono<br>6 Donald Court West<br>Blue Point, NY 11715 | Nature of Claim<br>Judgment for Fraud | Amount of Claim<br>$247,714 |
| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___1___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 3    Name of Debtor  Abbington Partners, LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ | x |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| **Stamatis Astras**        5/27/2015 | Pro Se |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Stamatis Astras 255 Beacon Street Boston, MA 02116 | Telephone No. |

| x /s/ David J. Byer | x |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| DAVID J. BYER        05/19/2015 | Pro Se |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| David J. Byer 66 Gosport Rd. Portsmouth, NH 03801 | Telephone No. |

| x | x |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Stamatis Astras 255 Beacon Street Boston, MA 02116 | Judgment for Non Payment of Rent | $6,139 |
| David J. Byer 66 Gosport Rd. Portsmouth, NH 03801 | Judgment for Breach of Contract | $3,567 |
|  |  |  |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $678,794 |

_____ continuation sheets attached