**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(EASTERN DIVISION)**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **ABBINGTON PARTNERS, LLC,** | ) | Case Nos. 15-_____ |
| | ) | |
| | ) | (Involuntary Petition) |
| **Involuntary Debtor** | ) | |
| | ) | |

STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1010(b) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Frank Iacono, declare under penalty of perjury under the laws of the United States of America, to the best of my knowledge, information and belief, as follows:

1. I am a Member of Powers & Merchant PLLC, an Arizona Professional Limited Liability Company (the "Company").

2. The following persons and/or entities directly or indirectly own more than 10% of the equity interests of the Company:

    a. Frank Iacono

    b. Bimal Raj Merchant

    c. John Powers

Dated: June 12, 2015                              **POWERS & MERCHANT PLLC**

                                                  _____
                                                  By: Frank Iacono
                                                  Member

4820-7114-7556.