US BANKRUPTCY COURT

2016 JUN 9 AM 11 50

Abbington Partners, LLC

Notes to First Amended Schedules

June 6, 2016

District of Massachusetts

Case no. 15-12351-FJB

# Table of Contents

I.   General

II.  Assets

III. Intangible Property

IV.  Creditors

V.   Individuals and Entities Not Listed as Creditors

VI.  The Iacono Dispute

# I. General

## 1 Purpose of These Notes

- The purpose of these notes is to supplement the information contained on the schedules and statements. If there is a conflict between the schedules/statements and these notes, the information in these notes overrides any information contained in the schedules/statements.

## 2 First Amended Schedules

- On Friday, June 3, 2016, the schedules, statements and creditor matrix were served via email upon the U.S. Trustee's Office, the Trustee, his counsel, and all petitioning creditors save David Byer. Over the weekend, I noticed a few errors and several typos, which I have endeavored to fix in these First Amended Schedules ("FAS"). Due to the very short period of time between the original schedules and the FAS, and because I was hoping to hear from attorney Perez and Katie Collura, I have only filed with the bankruptcy court the FAS. If the Court, requests I can also file the original schedules.

## 3 Best Software

- For bankruptcy preparation software, I have downloaded a demo version of Best Software. The demo version prints "Demo" and "To Order Best Case Bankruptcy ..." on various pages. I cannot prevent this unless I purchase an unlocking key for $1995, which I cannot afford.

- For the creditor matrix, I have "cleaned up" the output by exporting it to Excel and then editing the contents, so the matrix does not have Demo, etc.

- For Schedule G, because the executory contracts have not changed, I have used the Schedule G from the Second Bankruptcy Case, which did not have "Demo" etc. The Second Bankruptcy Case was prepared using a different software package (published by Thomson Reuters) which no longer works on my computer and is no longer supported by Thomson Reuters.

## 4 As of the Petition Date

- These schedules are prepared as of the date the involuntary petition was filed.

## 5 Abbington's Income in 2013

- The Trustee listed Abbington's income for 2013 as $672,000. That is incorrect, the correct amount is $300,000.

## 6 Abbington's Income in 2014

- I have in my possession two bank statements from BB&T, showing total deposits of $23,036 and that is the amount I have listed for Abbington's income in 2014.

## 7 Assignment I

- On May 18, 2015, Abbington assigned to me all of its claims against Frank Iacono; South Haven Financial, LLC; Iacono Law, LLC; Powers & Merchant, PLLC; William Caven; Jonathan Rubin; Nicholas Grasso; Steven Giacalone; and Michael Salem. If I am successful in obtaining any monies from any of such individuals or entities, I agree to pay an amount of money to such creditors and equity holders equal to the amount of monies they would have received had this assignment not occured. This is not listed under executory contracts because it is not an executory contract from Abbington's point of view.

## 8 Assignment II

- On May 18, 2015, Abbington assigned to me all of its claims against Bimal Raj Merchant and John Powers. If I am successful in obtaining any monies from any of such individuals or entities, I agreed to pay an amount of money to such creditors and equity holders equal to the amount of monies they would have received had this assignment not occurred. This is not listed under executory contracts because it is not an executory contract from Abbington's point of view.

## 9 Claims Against the Iacono Group

- On the schedules, I have value the claims against the Iacono Group at $50 million. Because of the assignments listed in Sections 7 and 8, if $50 million were obtained, most of such monies would not go to Abbington.

Rather, just the amounts necessary to make Abbington's creditors and investors whole would go to Abbington.

## 10  Three Cases

- First Bankruptcy Case – Boston, Case no. 13-10224. Judge Joan Feeney.
- Second Bankruptcy Case – North Carolina, Middle District, Case no. B-14-80681. Judge Lena Masori James.
- Third Bankruptcy Case – Boston, Case no. 15-12351. Judge Frank J. Bailey.
- Prior Bankruptcy Cases – The First Bankruptcy Case and the Second Bankruptcy Case, together

## 11  Schedules Are Incomplete and Inaccurate

These schedules are incomplete and inaccurate, for several reasons, including without limitation as to paper documents:

- While Abbington was operating, it did not have the funds to hire a bookkeeper.
- Abbington was evicted from its offices at 76 Summer Street, Boston in February 2013. The movers were hired by and paid by the landlord and thus they were unconcerned with "orderly packing." Instead, they just threw randomw things into random boxes.
- Abbington's records were then stored in a warehouse in Boston and I believe one of the movers stole some of the items in the warehouse.
- When Abbington relocated to North Carolina, most of such paper records were stored in a warehouse. The rent for such warehouse has not been paid for more than 1.5 years and thus I do not have access to such records.

As for Abbington's electronic records, such records have been transferred several times to various servers.

M:\522600   Abbington Partners, LLC\1800   Iacono Involuntary   June 2015\Schedules -- Notes\1000   Current Version\Notes to Schedules   2016-004   Jun 04, 2016.docx

# II. Assets

## 12 Books

- At various times Abbington has purchased books, in almost all cases computer technical reference books. In previous cases Abbington has listed such books on its schedules.

- As new versions of software are purchased, in some cases I have purchased updated books. For example, when Abbington was using Word 2010, Abbington had a book on Word 2010. As software is update, in some case new books are purchased and the old version was discarded.

- Having looked at the library, I do not see any books currently in the library that were purchased by Abbington.

# III. Intangible Property

Abbington's intangible property includes without limitation the following:

i. <u>Prospect lists</u> -- Abbington has developed a complete prospect list of every municipal issuer of ARS bonds;

ii. <u>Macros to download official statements</u> -- The municipal issuers of ARS bonds issue "Official Statements," which are similar to prospectuses. Abbington has developed computer macros to automate the downloading of approximately 5,000 official statements;

iii. <u>Database of SIFMA rates</u> -- Abbington maintains a unique database of SIFMA interest rates. SIFMA is a standardized index of rates paid by certain municipalities;

iv. <u>Database of ARS vs. VRDO spreads</u> -- VRDOs are variable rate demand obligations. Abbington maintains a unique database comparing spreads between ARS bonds and VRDOs;

v. <u>Library of damage estimates</u> -- Abbington maintains a unique comprehensive library of damage estimates for various issuers;

vi. <u>Library of broker-dealer presentations</u> -- Abbington maintains a unique library of various presentations made by broker-dealers to institutional issuers;

vii. <u>Auction Rate Security Customer Relationship Management ("ARS CRM") database</u> -- Using Microsoft SQL server, Abbington has developed a unique sophisticated and complex database of ARS data, comprising more than 50 tables and tens of millions of data elements;

viii. <u>ARS CRM Application</u> -- This is a unique front-end interface to the ARS CRM Database, built in Microsoft Access. It consists of hundreds of forms, queries, reports and Microsoft Visual Basic for Application ("VBA") modules which allow the user to input and edit data, to view and analyze date in numerous ways, and to generate different types of reports. More than six software developers have

worked on the ARS CRM Application since Abbington commenced its development in May, 2011;

ix.  ARS CRM entity relationship diagrams --These are unique diagrams that describe the relationships between parent and child tables in the ARS CRM database;

x.  ARS CRM system specifications -- These are unique detailed technical specifications for the ARS CRM database and applications;

xi.  ARS CRM instructions -- This is a confidential user's manual for the ARS CRM application;

xii.  Financial Fraud Prosecution System ("FFPS") database – This is a unique database with an even more sophisticated architecture and infrastructure which enables Abbington to further analyze ARSs. The FFPS database is based on Microsoft SQL Server and consists of approximately 120 tables and tens of millions of data elements;

xiii.  FFPS application -- Like the ARS CRM application, the FFPS application is a unique front end to the FFPS database that is written in Microsoft Access.    The FFPS application also consists of hundreds of forms, queries, views and reports;

xiv.  FFPS technical specifications -- These are detailed confidential technical specifications for the FFPS database and application;

xv.  FFPS user's manual -- This is the confidential user's manual for the FFPS application;

xvi.  Bloomberg macros -- Abbington has developed unique macros and other tools to download and analyze data relevant to ARS claims from Bloomberg;

xvii.  Damage Template -- The first generation of Abbington's generic model to access economic losses is called the "Damage Template." It is a unique sophisticated Microsoft Excel model, 145 iterations of the Damage Template were developed;

xviii.  Economic Loss Assessment ("ELA") -- After 145 versions of the Damage Template were developed, Abbington developed a newer, more advanced model, which is the ELA.    The ELA is currently in its 12th revision;

xix.  Bond Diagrams -- Abbington has developed unique bond diagrams

that graphically explain the ARS issuances and losses;

xx. <u>Computation of Damages</u> -- The computations to determine the economic losses suffered by the issuers are extremely complex. Abbington has confidential memoranda which describe in great detail the theoretical underpinnings of such calculations;

xxi. <u>Form document requests to the issuer</u> -- Abbington maintains unique form requests for documents, which are given to the issuer, preparing the issuer for the discovery requests it will receive from the broker-dealer once arbitration is commenced;

xxii. <u>Library of Pending Litigation</u> -- Abbington maintains a unique library of pending lawsuits filed by broker-dealers, seeking to join arbitrations; and

xxiii. <u>PowerPoint Presentations</u> -- Abbington has developed unique PowerPoint presentations for issuers.

# IV. Creditors

## 13  David J. Byer

- David J. Byer "worked" for Abbington for a few days. He claimed to be an experienced Microsoft Access software developer. Such statement was not true. In fact, he had the audacity to bill Abbington for some introductory Access books he apparently felt he needed to read. During the few days he spent at Abbington's offices, he accomplished nothing.

- When he started, he agreed to work "on the come" – i.e., a deferred basis. A few days later, a contract with such terms was presented to him. He apparently had changed his mind and he did not sign such contract. A few hours later, he quit.

- He subsequently filed suit against Abbington in New Hampshire, obtaining a judgment for approximately $3,300. Abbington feels that it is inconceivable that New Hampshire has any personal jurisdiction over New Hampshire, since all of Abbington's interactions with Byer were in Massachusetts and Abbington has never had any operations in New Hampshire. For that reason, Abbington has valued Mr. Byer's claim as zero.

- Abbington has a claim against Byer for filing a perjurious involuntary petition; such claim did not exist when the North Carolina bankruptcy schedules were filed.

## 14  Trevor Clement

- Before I and Abbington engaged attorneys Robert Cohan and Jonathan Plaut in connection with the Iacono dispute, I engaged Trevor Clement personally. Mr. Clement did some work on the Iacono dispute. However, the engagement agreement I signed with him did not obligate Abbington to pay Mr. Clement, it only obligated me to pay him. In other words, Abbington was not a party to such agreement. Therefore, I have valued Mr. Clement's claim as $0.

## 15 Chardon Law
## Cohan, Rasnick, Myerson & Plaut

- These two firms signed a *Contingent Fee Agreement* ("CEA") to represent Abbington and myself in the Iacono dispute. Because only certain monies were obtained (for which they were paid $100,000) and because they did not abide by the terms of the CEA, it is Abbington's position they are not owed any monies and that Abbington has claims against them.

## 16 Katie Collora

- I have asked Katie Collora to provide me with her address, which she has not done so. Once she does, I will list her correct address on amended schedules. In the meantime, I have listed my address as a "placeholder."

## 17 John DerBoghosian

- The Suffolk Superior Court ordered an attachment for $49,000 in favor of Mr. DerBoghosian, based on a "1X" theory of damages. In the state court action, Mr. DerBoghosian is claiming "3X" in damages plus attorneys' fees, based on his contention that he was an employee of Abbington, rather than an independent contractor. I have listed his claim at the "1X" number.

- Abbington has claims against Mr. DerBoghosian for, among other things, breach of contract.

## 18 The Estate of Brad Lange

- Brad Lang provided software development services to Abbington. Subsequently, he died. His widow is Lara Wysong and I assume she is executrix of his estate. I have left three telephone messages for Ms. Wysong, which she has not returned.

- Assuming she does call me, I will ask her to provide me with her address, which I will list on amended schedules. In the meantime, I have listed my address as a "placeholder."

## 19 Dale Malone

- Dale Malone signed a *Contingent Fee Agreement* ("CEA") to represent Abbington in the Iacono dispute. Because he did not abide by the terms of the CEA, it is Abbington's position he is not owed any monies and that Abbington has claims against him.

- In addition, Dale Malone worked for Abbington out of Abbington's offices, and for that work, he claims he is owed $41,643.84.

## 20 James Mitchell

- James Mitchell quarterbacked a team which generated 18 signed Client Engagement Agreements from ARS issuer clients, more than every other group in the country combined. He thought of the idea, raised money, hire and trained the team, managed the team, and closed most of the clients, as well as finding the two receiving law firms to handle such cases. In addition, he has spent several thousand firms working on behalf of Abbington to attempt to obtain the monies that Frank Iacono and others have stolen.

- During much of such time, Mitchell was wildly underpaid and during much of such time, Mitchell received no compensation at all.

## 21 Perez, Zoppo and Associates

- Attorney Isaac Peres performed legal services for Abbington. Mr. Peres told me that his normal billing rate is $300 per hour. We agreed he would notify me of how many hours he spent representing Abbington. As of the time I served these schedules on the Trustee, he had not done so.

- Accordingly, I have estimated 100 hours were spent by Mr. Peres, and thus have valued Mr. Peres' claim at $30,000. It is possible that 100 hours is very much an incorrect number, I simply do not know, to a large extent I am "pulling the number out of the air." I am reasonably certain I will hear from Mr. Peres and he will give me the correct number, and I will file such number in amended schedules.

## 22 Jessica Self

- I have asked Jessica Self to provide me with her address, which she has not done so. Once she does, I will list her correct address on amended schedules. In the meantime, I have listed my address as a "placeholder."

# V. Individuals and Entities
# Not Listed as Creditors

### 23  Obu Adekore

- Obu Adekore performed software development services for Abbington. I have spent about 30 minutes to find him and I am unable to do so, and I am reasonably certain I will not be able to ever find him.

### 24  Karen Mitchell

- It is Karen Mitchell's position that she is not a creditor of Abbington.

### 25  Roshan Modi / Sharmili Das

- Ms. Das owns a condominium in Cambridge, which she leases to Roshan Modi. Mr. Modi subleased such condo to me, and a dispute arose. Abbington was not a party to the lease. Despite that, Modi was successful in obtaining from the Cambridge District Court an attachment over Robert Cohan's IOLTA account (such account held the $49,000 that John DerBoghosian had attached). Because of that, Mr. Modi and Ms. Das were listed as notice creditors in previous Abbington bankruptcy cases. Subsequently, Santander Bank was successful in convincing the Cambridge District Court in dissolving Mr. Modi's attachment, and thus I am now longer listing Mr. Modi or Ms. Das as notice creditors.

# VI. The Iacono Dispute

## 26  Amounts Listed on the Involuntary Petition

On the involuntary petition, the following amounts were listed as monies owed by the Debtor by the following purported creditors:

- Powers & Merchant, PLLC ("P&M") -- $321,542
- South Haven Financial, LLC -- $99,832
- Frank Iacono -- $247,714

## 27  Arbitration Award / Suffolk Superior Court

An award was entered against Abbington in the JAMS arbitration, and such award was then confirmed by the Suffolk Superior Court. Abbington believes that the odds are exceptionally high that the Massachusetts Appeals Court will reserve the decision of the Suffolk Superior Court. A few of such reasons include:

- Bimal Raj Merchant and Jonathan Powers signed clear agreement that James Mitchell would control P&M. Only the American Arbitration Association in Los Angeles has the authority to rule on such contracts. Thus, any action by P&M against Abbington was void as a matter of law.
- The arbitrator awarded attorneys' fees supposedly incurred by Iacono for not on matters relating to Iacono, but to third parties.
- The arbitrator "doubled dipped" in awarding damages to Iacono in Iacono's purchase of equity in P&M. Iacono cannot be awarded damages while being able to keep his equity in P&M.

Abbington believes that once the Massachusetts Appeals Court reverses and then remands to the state court, Abbington will be able to try such dispute before a jury, and jury will award substantial damages against the individuals and entities listed in this Chapter VI.

## 28  Workers

The following individuals all claim they were *not* workers for Abbington Partners, but rather worked for Powers & Merchant, PLLC, and thus are estopped from arguing

they are owed monies by Abbington for services. (Their statement is completely untrue, but that is the claim they are making, based primarily on Iacono coaching them lie.)

- William Caven
- Nicholas Grasso
- Jonathan Rubin
- Steven Giacalone
- Michael Salem
- Thomas Poaps

## 29 Jonathan Rubin

- Mr. Rubin filed a counterclaim against Abbington (and purportedly against James Mitchell) in the Suffolk Superior Court action. Subsequently, his attorney, Andrea Martin, stated that Mr. Rubin would not be pursuing such claim.

## 30 Michael Salem

- Mr. Salem filed a counterclaim against Abbington (and purportedly against James Mitchell) in the Suffolk Superior Court action. Subsequently, his attorney, Andrea Martin, stated that Mr. Salem would not be pursuing such claim.

Verifications

US BANKRUPTCY COURT

2016 JUN 9 AM 11 50

**Fill in this information to identify the case:**

Debtor name **Abbington Partners, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) *DEMO* 15 – 12351 – G

☒ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 6, 2016**    x *James Mitchell*
Signature of individual signing on behalf of debtor

*June 6, 2016*
Printed name

*Manager*
Position or relationship to debtor

# To Order Best Case Bankruptcy, call toll free 1-800-492-8037.

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Massachusetts

In re    **Abbington Partners, LLC**

Debtor(s)

Case No.    15-12351-FJB   * D E M O *

Chapter    **7**

# D E M O
## VERIFICATION OF CREDITOR MATRIX

I, the   of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 6, 2016**

*James Mitchell*

Signer/Title   *Manager*

D E M O

D E M O

## To Order Best Case Bankruptcy, call toll free 1-800-492-8037.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

US BANKRUPTCY COURT

2016 JUN 9 AM 11 50

Form 207

US BANKRUPTCY COURT

9 AM 11 50

**Fill in this information to identify the case:**

Debtor name  **Abbington Partners, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  ~~DEMO~~ 15-12351-FJB

☒ Check if this is an amended filing

DEMO

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  1/01/2016 to **Filing Date** | ■ Operating a business<br>☐ Other | $0.00 |
   | **For prior year:**<br>From  1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other | $0.00 |
   | **For year before that:**<br>From  1/01/2014 to 12/31/2014 | ■ Operating a business<br>☐ Other | $23,036.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   To Order Best Case Bankruptcy, call toll free 1-800-492-8037

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

D E M O

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

D E M O

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Abbington Partners et al v. Frank Iacono et al.<br>12-03792-BLS** | **Business dispute** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Dale Malone v. Abbington Partners and James H. Mitchell III** | **Claims for legal services performed by Dale Malone** | **Norfolk Superior Court, Massachusetts** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **$49,000 attachment in favor of John DerBoghosian -- See notes** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

D E M O

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

To Order Best Case Bankruptcy,
call toll free 1-800-492-8037.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

15-12351-FJB

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| DerBoghosian, John<br>114 Marion Street<br>Bellingham, MA 02019 | $49,000 now held by the Chapter 7 Trustee | $49,000.00 |
| | Case title | Court name and address |
| | Case number | |
| | Date of order or assignment | |
| Custodian's name and Address | Describe the property | Value |
| Cohan Rasnick<br>One State Street<br>Boston, MA 02109 | Leftover JAMS monies | Unknown |
| | Case title | Court name and address |
| | Case number | |
| | Date of order or assignment | |

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case and another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | James Mitchell Six Consultant Place, Suite 100A Durham, NC 27707 | See Notes -- Assignment I | May 18, 2015 | $50,000,000.00 |
| | Relationship to debtor Manager | | | |
| 13.2 | James Mitchell Six Consultant Place, Suite 100A Durham, NC 27707 | See notes -- Assignment II | May 18, 2015 | $50,000,000.00 |
| | Relationship to debtor Manager | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 76 Summer Street Boston, MA 02109 | April 2011 to February 2013 |
| 14.2. | Various addresses where James Mitchell resided | February 2013 to early 2014 |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

To Order Best Case Bankruptcy,
Call toll free 1-800-492-8037

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | BB&T | XXXX-8444 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other | June or July 2015 | $83.01 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Fuquay Flea Market<br>6109 Nc-55<br>Fuquay Varina, NC 27526 | James Mitchell<br>Six Consultant Place,<br>Suite 100A<br>Durham, NC  27707 | Business records | ☐ No<br>☑ Yes |

To Order Best Case Bankruptcy, call toll free 1-800-492-8037.

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

6/06/16 11:53AM

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. | Dates business existed |
|---|---|---|---|

**26. Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|

  26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

15-12351— F JB

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
| --- | --- | --- |
| 26c.1. | James Mitchell
Six Consultant Place, Suite 100A
Durham, NC 27707 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Mitchell, James | Six Consultant Place, Suite 100A
Durham, NC 27707 | Manager | In excess of 90 percent |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

Debtor **Abbington Partners, LLC** _____

Case number *(if known)* *~~DEMO~~*

15 - 12351 - FJB

Name of the parent corporation

Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ■ No
- ☐ Yes. Identify below.

Name of the parent corporation

Employer Identification number of the parent corporation

**Part 14:  Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 6, 2016**

_____          _____
Signature of individual signing on behalf of the debtor          Printed name

_____
Position or relationship to debtor

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
- ■ No
- ☐ Yes

DEMO

US BANKRUPTCY COURT
2016 JUN 9 AM 11 51

DEMO

To Order Best Case Bankruptcy,
call toll free 1-800-492-8037.

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

US BANKRUPTCY COURT

2016 JUN 9 AM 11 51

Summary of

Assets and Liabilities

Fill in this information to identify the case:

Debtor name **Abbington Partners, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known): *DEMO* 15 - 12351 - FJB

US BANKRUPTCY COURT

2016 JUN 9 AM 11 51

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $ 100,049,083.01

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $ 100,049,083.01

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................... $ 524,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................... +$ 878,778.81

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b $ 1,402,778.81

# DEMO

## To Order Best Case Bankruptcy, call toll free 1-800-492-8037.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

US BANKRUPTCY COURT

2016 JUN 9 AM 11 51

Schedule A and B

Fill in this information to identify the case:

Debtor name **Abbington Partners, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) *DEMO* 15-12351-FJB

US BANKRUPTCY COURT
2016 JUN 9 AM 11 51

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | Checking, savings, money market, or financial brokerage accounts *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | Bank of America account | | | $0.00 |
| 3.2. | Santander Bank account | | | $0.00 |
| 3.3. | BB&T DIP account | | | $83.01 |
| 4. | Other cash equivalents *(Identify all)* | | | |
| 4.1. | John DerBoghosian Attachment -- Pursuant to a motion filed by John DerBoghosian, the Suffolk Superior Court ordered that $49,000 be deposited by Abbington into Robert Cohan's IOLTA account. Subsequently, this Court ordered that attorney Cohan turn over such monies to the Chapter 7 Trustee, John Desmond. | | | $49,000.00 |
| 4.2. | Leftover JAMS Monies -- The Suffolk Superior Court ordered that $100,000 be set aside to pay Abbington's share of the JAMS arbitration fees. Abbington believes that not all of such fees were paid. To the extent there are monies remaining, it is unclear whether Cohan Rasnick has paid itself all of such remaining monies | | | Unknown |
| 5. | Total of Part 1.<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $49,083.01 |

Debtor    **Abbington Partners, LLC**
          Name                                          Case number *(if known)*   ~~* D E M O *~~

                                                        15 - 12351 - FJB

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

  ■ No.  Go to Part 3.
  ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

  ■ No.  Go to Part 4.
  ☐ Yes Fill in the information below.

### Part 4:    Investments

**13. Does the debtor own any investments?**

  ■ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No.  Go to Part 6.
  ☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ■ No.  Go to Part 8.
  ☐ Yes Fill in the information below.

### Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

  ■ No.  Go to Part 9.
  ☐ Yes Fill in the information below.

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

  ■ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No.  Go to Part 11.
  ■ Yes Fill in the information below.

To Order Best Case Bankruptcy, call toll-free 1-800-492-8037.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                    page 2

In re Abbington Partners, LLC, Case no. 15-12351-FJB  /  First Amended Schedules dated June 6, 2016

| Debtor | **Abbington Partners, LLC** | | Case number *(if known)* * DEMO * |
|---|---|---|---|
| | Name | | 15 - 12351 - FJB |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property **Intangible property -- See notes -- Amount unknown** | $0.00 | | $0.00 |
| 65. Goodwill | | | |

DEMO

66. **Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

DEMO

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

71. Notes receivable
Description (include name of obligor)

72. Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)

73. Interests in insurance policies or annuities

DEMO

74. Causes of action against third parties (whether or not a lawsuit has been filed)
Abbington's Attorney -- Cohan Rasnick Chardon Law and Dale Malone agreed to represent Abbington, they initially did so and then they stopped doing so. Accordingly, Abbington has claims against them as well as Robert Cohan and Jonathan Plaut.

Unknown

Nature of claim
Amount requested $0.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re Abbington Partners, LLC, Case no. 15-12351-FJB  /  First Amended Schedules dated June 6, 2016

| Debtor | Abbington Partners, LLC | Case number *(If known)* *DEMO* |
|---|---|---|
| | Name | |

15-12351-FJB

| | | |
|---|---|---|
| Claims against Frank Iacono, South Haven Financial LLC, Iacono Law LLC, Powers & Merchant PLLC, Bimal Raj Merchant, John Powers, William Caven, Jonathan Rubin, Nicholas Grasso, Thomas Poaps, Steven Giacalone and Michael Salem | | $50,000,000.00 |
| Nature of claim | Business dispute | |
| Amount requested | $50,000,000.00 | |

| | | |
|---|---|---|
| Depending on the outcome of the claims againt the individuals and entities listed immediately above, Abbington may make claims against the Five Law Firms and 17 of the ARS clients | | $50,000,000.00 |
| Nature of claim | Business dispute | |
| Amount requested | $50,000,000.00 | |

| | | |
|---|---|---|
| Claims against John DerBoghosian -- Amount unknown | | $0.00 |
| Nature of claim | Business dispute | |
| Amount requested | $0.00 | |

| | | |
|---|---|---|
| Claims against Kalnex Limited Partnership -- Amount unknown | | $0.00 |
| Nature of claim | Business dispute | |
| Amount requested | $0.00 | |

| | | |
|---|---|---|
| Claims against Michael Nowicki -- Amount unknown | | $0.00 |
| Nature of claim | Business dispute | |
| Amount requested | $0.00 | |

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed *Examples:* Season tickets, country club membership

78. **Total of Part 11.**           $100,000,000.00

  Add lines 71 through 77. Copy the total to line 90.

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
  ■ No
  ☐ Yes

# To Order Best Case Bankruptcy, call toll free 1-800-492-8037.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

| Debtor | Abbington Partners, LLC | Case number *(If known)* *DEMO* |
|---|---|---|
| | Name | 15 - 12351 - FJB |

**Part 12:** Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $49,083.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $100,049,083.01 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $100,049,083.01 |

D E M O

**To Order Best Case Bankruptcy,**
**call toll free 1-800-492-8037.**

Schedule D

**Fill in this information to identify the case:**

Debtor name **Abbington Partners, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) *DEMO* 15 - 12351 - FJB

☑ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

DEMO

DEMO

To Order Best Case Bankruptcy,
call toll free 1-800-492-8037.

Schedules E and F

Fill in this information to identify the case:

Debtor name   **Abbington Partners, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   ~~DEMO~~   15 - 12351 - FJB

☑ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** | **$8,000.00** |

**Herndon, Jamie**
**2625 Butler Road**
**Chapel Hill, NC 27516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**Office services**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** | **$12,850.00** |

**Mitchell, James**
**Six Consultant Place, Suite 100-A**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

# To Order Best Case Bankruptcy,
# call toll free 1-800-492-8037.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    0                              Best Case Bankruptcy

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

Debtor    **Abbington Partners, LLC**
Name
                                                    Case number (if known)    *DEMO*

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,000.00 | $12,850.00 |

2.3  Priority creditor's name and mailing address

**Self, Jessica**
**c/o James Mitchell**
**Six Consultant Place, Suite 100A**
**Durham, NC 27707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,000.00    $12,850.00

Date or dates debt was incurred
**2014 and 2015**

Basis for the claim:
**Office services**

Last 4 digits of account number ___

Specific Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a)(4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**  Nonpriority creditor's name and mailing address

**Abbas, Bradley**
**3001 East Camelback Road # 130**
**Melrose, MA 02176**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,000.00

Date(s) debt was incurred  **2012 to 2013**

Basis for the claim:  **Legal services provided**

Last 4 digits of account number  _

Is the claim subject to offset?  ☑ No  ☐ Yes

**3.2**  Nonpriority creditor's name and mailing address

**Abyzov, Alex**
**255 Beacon Street**
**Newton, MA 02458**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$66,000.00

Date(s) debt was incurred  **2012**

Basis for the claim:  **Software development services**

Last 4 digits of account number  _

Is the claim subject to offset?  ☑ No  ☐ Yes

**3.3**  Nonpriority creditor's name and mailing address

**Astra, Stamatis**
**255 Beacon Street**
**Boston, MA 02113**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$6,139.00

Date(s) debt was incurred  **2012 to 2013**

Basis for the claim:  **Landlord**
**Landlord-tenant dispute. On the involuntary petition, Mr. Astra claims he is owed $6,139.**

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☑ Yes

**3.4**  Nonpriority creditor's name and mailing address

**Belmont Spring Company**
**Post Office Box 660578**
**Dallas, TX 75266**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$57.37

Date(s) debt was incurred  **2012**

Basis for the claim:  **Bottled water**

Last 4 digits of account number  _

Is the claim subject to offset?  ☑ No  ☐ Yes

**3.5**  Nonpriority creditor's name and mailing address

**Byer, David J.**
**66 Gosport Road**
**Portsmouth, NH 03801**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred  **2012**

Basis for the claim:  **On the involuntary petition, Mr. Byer claims he is owed $3567. See notes.**

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☑ Yes

© 1991-2016 Best Case Bankruptcy,
call toll free 1-800-492-8037

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

| Debtor | Abbington Partners, LLC | Case number (if known) | *DEMO* |
|---|---|---|---|
| | Name | | |

**3.6** Nonpriority creditor's name and mailing address

Cacase, Rick
54 Parramatta Road
Riverside, RI 02915

Date(s) debt was incurred  2013

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*        $7,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Software development services

Is the claim subject to offset? ■ No  ☐ Yes

**3.7** Nonpriority creditor's name and mailing address

Caven, William
98 Prospect Street, Apt. 2
Somerville, MA 02143

Date(s) debt was incurred  2011 to 2012

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*        $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  See notes

Is the claim subject to offset? ☐ No  ■ Yes

**3.8** Nonpriority creditor's name and mailing address

Chardon Law
One State Street, 12th floor
Boston, MA 02109

Date(s) debt was incurred  2012 to 2014

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*        $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  See notes

Is the claim subject to offset? ■ No  ☐ Yes

**3.9** Nonpriority creditor's name and mailing address

Clark, Mac
2326 Massachusetts Avenue, No. 1
Cambridge, MA 02140

Date(s) debt was incurred  2011 or 2012

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*        $32,865.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  IT consulting services and software development services

Is the claim subject to offset? ■ No  ☐ Yes

**3.10** Nonpriority creditor's name and mailing address

Cohan, Rasnick, Myerson & Plaut
One State Street, 12th floor
Boston, MA 02110

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*        $0.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  See notes

Is the claim subject to offset? ☐ No  ■ Yes

**3.11** Nonpriority creditor's name and mailing address

Collara, Katie
c/o James Mitchell
Six Consultant Place, Suite 100A
Durham, NC 27707

Date(s) debt was incurred  2013

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*        $1,360.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Severance pay. See Notes.

Is the claim subject to offset? ■ No  ☐ Yes

**3.12** Nonpriority creditor's name and mailing address

DerBoghosian, John
114 Marion Street
Wilmington, MA 01887

Date(s) debt was incurred  2011 to 2012

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*        $9,000.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Software development services. See notes

Is the claim subject to offset? ☐ No  ■ Yes

DEMO

To Order Best Case Bankruptcy
call toll free 1-800-492-8037.

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

| Debtor | Abbington Partners, LLC | Case number (if known) | *DEMO* |
|---|---|---|---|
| | Name | | |

**3.13** Nonpriority creditor's name and mailing address
Dow Jones
1155 Avenue of the Americas
New York, NY 10036

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advertising

Is the claim subject to offset? ■ No ☐ Yes

$7,693.19

**3.14** Nonpriority creditor's name and mailing address
Durkee, George
7660 Allen Road
Clarkston, MI 48348

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Software development services

Is the claim subject to offset? ■ No ☐ Yes

$200,000.00

**3.15** Nonpriority creditor's name and mailing address
Giacalone, Steven
Post Office Box 26
Chelmsford, MA 01824

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  See notes

Is the claim subject to offset? ☐ No ■ Yes

$0.00

**3.16** Nonpriority creditor's name and mailing address
Grasso, Nicholas
23 Brooks Road
Lincoln, MA 01773

Date(s) debt was incurred  2011 to 2012

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  See notes

Is the claim subject to offset? ☐ No ■ Yes

$0.00

**3.17** Nonpriority creditor's name and mailing address
Griesenbeck, Ralph
Six Consultant Place, Suite 100-A
Durham, NC 27707

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Software development services

Is the claim subject to offset? ■ No ☐ Yes

$66,328.00

**3.18** Nonpriority creditor's name and mailing address
Groulx, Patrick
Post Office Box 760656
Melrose, MA 02176

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal services provided. This amount is estimated.

Is the claim subject to offset? ■ No ☐ Yes

$5,000.00

**3.19** Nonpriority creditor's name and mailing address
Hammond, James
Emerging Markets Direct
100 Cummings Center, Suite 324-D
Beverly, MA 01915

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Hammond loaned $25,000 on June 1, 2011. Interest is 1 percent a month, compounded monthly. Abbington has calculated interest through June 2015 as $15,709, and thus a total of $40,709.

Is the claim subject to offset? ■ No ☐ Yes

$40,709.00

To order Best Case Bankruptcy,
call toll free 1-800-492-8037.

In re Abbington Partners, LLC, Case no. 15-12351-FJB  /  First Amended Schedules dated June 6, 2016

Debtor   **Abbington Partners, LLC**                    Case number (if known)   *DEMO*
         Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Hayes, John**
9909 Horton Road
New Hill, NC 27562

Date(s) debt was
incurred  _2014 and possibly 2015_

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Chief Information Officer services, system administration and software development services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |

**Howman, Sean**
2090 Serena Avenue
Clovis, CA 93619

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Software development services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Iacono Law, LLC**
6 Donald Court West
Blue Point, NY 11715

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _See notes_

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Iacono, Frank**
6 Donald Court West
Blue Point, NY 11715

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _On the involuntary petition, Frank Iacono claims he is owed $247,714; See notes._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,247.70 |

**Kalnex Limited Partnership**
Post Office Box 81335
Wellesley Hills, MA 02481

Date(s) debt was incurred  _2012 to 2013_

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Landlord, office space. Subject to offset due to Kalnex's breach of contract with Abbington._

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |

**Lange, Brad, The Estate of**
c/o James Mitchell
Six Consultant Place
Durham, NC 27707

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _See notes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |

**MacKay, Keith**
Tripzon
One Marina Park Drive, Suite 1410
Boston, MA 02210

Date(s) debt was incurred  _2012_

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Purported sale of computers and office furniture where the landlord (Kalnex) claims he owns the office furniture_

Is the claim subject to offset? ■ No ☐ Yes

---

DEMO

Order Best Case Bankruptcy, call toll-free 1-800-492-8037

In re Abbington Partners, LLC, Case no. 15-12351-FJB  /  First Amended Schedules dated June 6, 2016

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Malone, Dale**
79 Forest Avenue
Cohasset, MA 02025

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Legal services provided. Malone claims he is owed $41,643.84. See notes.**

Is the claim subject to offset? ☐ No ■ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Mason, W.B.**
59 Centre Street
Brockton, MA 02301

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Office supplies**

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Masso-Flores, Ramon**
282 Palm King Hill Road
Mystic, CT 06355

Date(s) debt was incurred  **2014 or 2015**
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Legal services provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Merchant, Bimal Raj**
1400 E. Southern Avenue, Suite 620
Tempe, AZ 85282

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **See notes**

Is the claim subject to offset? ☐ No ■ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,623.52 |
|---|---|---|---|

**Metro Cab**
120 Braintree Street
Allston, MA 02134

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Taxicab services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,062.66 |
|---|---|---|---|

**Nowicki, Michael**
26 Aspen Court
Nanuet, NY 10954

Date(s) debt was incurred  **2012**
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Services provided**

Is the claim subject to offset? ☐ No ■ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,307.36 |
|---|---|---|---|

**NStar**
Post Office Box 660369
Dallas, TX 75266

Date(s) debt was incurred  **2011 or 2012**
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Electricity**

Is the claim subject to offset? ■ No ☐ Yes

To Order Best Case Bankruptcy,
call toll free 1-800-492-8037.

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

| Debtor | Abbington Partners, LLC | Case number (if known) | * DEMO * |
|---|---|---|---|
| | Name | | |

**3.34** Nonpriority creditor's name and mailing address

**Pacer Service Center**
Post Office Box 71364
Philadelphia, PA 19176

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Electronic access to court records**

Is the claim subject to offset? ■ No ☐ Yes

$155.30

---

**3.35** Nonpriority creditor's name and mailing address

**Pearlman Legal Enterprise**
One Boston Place, Suite 2600
Boston, MA 02108

Date(s) debt was incurred **2013 to 2015 -- I am a bit uncertain about the dates**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal services provided**

Is the claim subject to offset? ■ No ☐ Yes

$17,525.00

---

**3.36** Nonpriority creditor's name and mailing address

**Peroz, Zoppo and Associates**
Attn: Isaac Peres
75 Washington Street, Suite 6
Canton, MA 02021

Date(s) debt was incurred **2013 and 2014 -- I am uncertain about the dates**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **See notes**

Is the claim subject to offset? ■ No ☐ Yes

$30,000.00

---

**3.37** Nonpriority creditor's name and mailing address

**Pitney Bowes**
2225 American Way
Neenah, WI 54956

Date(s) debt was incurred **2011 or 2012**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Postage meter**

Is the claim subject to offset? ■ No ☐ Yes

$405.71

---

**3.38** Nonpriority creditor's name and mailing address

**Poaps, Thomas M.**
164 Pearl Street
Cambridge, MA 02139

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **See notes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.39** Nonpriority creditor's name and mailing address

**Powers & Merchant, PLLC**
1400 E. Southern Avenue. # 620
Tempe, AZ 85282

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **On the involuntary petition, Powers & Merchant claims it is owed $321,542. See notes.**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.40** Nonpriority creditor's name and mailing address

**Powers, John**
4421 N. 75th Place, # 102
Tempe, AZ 85281

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **See notes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

To Order Best Case Bankruptcy
call toll free 1-800-492-8037.

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

Debtor    **Abbington Partners, LLC**                          Case number (if known)    *DEMO*

Name

| | | |
|---|---|---|
| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.41**

Nonpriority creditor's name and mailing address
**Rowe, Brian**
**77 Corey Street**
**West Roxbury, MA 02132**

Date(s) debt was incurred    2012

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software development services. Amount is estimated**

Is the claim subject to offset? ■ No ☐ Yes

$40,000.00

---

**3.42**

Nonpriority creditor's name and mailing address
**Rubin, Jonathan**
**42 Garden Street**
**Cambridge, MA 02138**

Date(s) debt was incurred    2011 to 2012

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **See notes**

Is the claim subject to offset? ☐ No ■ Yes

$0.00

---

**3.43**

Nonpriority creditor's name and mailing address
**Salem, Michael**
**47 Carter Road**
**Kent, CT 06757**

Date(s) debt was incurred    2012

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **See notes**

Is the claim subject to offset? ☐ No ■ Yes

$0.00

---

**3.44**

Nonpriority creditor's name and mailing address
**South Haven Financial, LLC**
**6 Donald Court West**
**Blue Point, NY 11715**

Date(s) debt was incurred    ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **In the involuntary petition, South Haven Financial claims it is owed $99,832. See notes.**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.45**

Nonpriority creditor's name and mailing address
**Verizon**
**340 Washington Street**
**Boston, MA 02108**

Date(s) debt was incurred    2011 or 2012

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Amount is estimated. Internet services**

Is the claim subject to offset? ■ No ☐ Yes

$800.00

---

**3.46**

Nonpriority creditor's name and mailing address
**Village Software**
**c/o Ford D. Cavallari**
**50 Battery Street**
**Boston, MA 02109**

Date(s) debt was incurred    ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Office space. Rent for May 2011 and June 2011. Amount uncertain**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.47**

Nonpriority creditor's name and mailing address
**Zray Technologies dba Ztelco**
**Attn: Bill Justice**
**9105 Chesapeake Drive**
**San Diego, CA 92123**

Date(s) debt was incurred    ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VOIP services and rental of telephones**

Is the claim subject to offset? ■ No ☐ Yes

$6,500.00

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

In re Abbington Partners, LLC, Case no. 15-12351-FJB  /  First Amended Schedules dated June 6, 2016

Debtor **Abbington Partners, LLC**
   Name

Case number (if known) **\*DEMO\***

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 524,000.00 |
| 5b. Total claims from Part 2 | 5b. + $ | | 878,778.81 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,402,778.81 |

D E M O

D E M O

D E M O

# To Order Best Case Bankruptcy, call toll free 1-800-492-8037.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

Schedule G

15-12351-FJB

In re *Abbington Partners, LLC* _____ / Debtor          Case No. ~~BK 14-80681~~

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Bradley J. Abbas*<br>*3001 E Camelback Road # 150*<br>*Phoenix AZ   85016* | Contract Type:*Miscellaneous*<br>Terms:<br>Beginning date:*8/30/2012*<br>Debtor's Interest:<br>Description: *Bradley J. Abbas agreed to provide legal services to Abbington and James Mitchell*<br>Buyout Option: |
| *Cohan Rasnick and Chardon Law*<br>*One State Street   12 floor*<br>*Boston MA   02109* | Contract Type:*Miscellaneous*<br>Terms:<br>Beginning date:*9/10/2012*<br>Debtor's Interest:<br>Description: *Cohen Rasnick and Chardon Law agree to provide legal services to Abbington and James Mitchell*<br>Buyout Option: |
| *Frank Iacono and other*<br>*6 Donald Court West*<br>*Blue Point NY   11715* | Contract Type:*Miscellaneous*<br>Terms:<br>Beginning date:*12/11/2013*<br>Debtor's Interest:<br>Description: *Agreement Concerning Mediation and Arbitration*<br>Buyout Option: |
| *Frank Iacono and others*<br>*6 Donald Court West*<br>*Blue Point NY   11715* | Contract Type:*Miscellaneous*<br>Terms:<br>Beginning date:*12/8/2013*<br>Debtor's Interest:<br>Description: *Stipulation Concerning Addition of Iacono Law, LLC as a Party to this Arbitration and Joint Motion for Order Confirming Same*<br>Buyout Option: |
| *Frank Iacono et al*<br>*6 Donald Court West*<br>*Blue Point NY   11715* | Contract Type:*Miscellaneous*<br>Terms:<br>Beginning date:*12/11/2013*<br>Debtor's Interest:<br>Description: *Stipulation for Mediation After Arbitration Has Commenced*<br>Buyout Option: |

Page __1__ of __4__

15 - 12351 -
FJB

In re _Abbington Partners, LLC_ _____ / Debtor    Case No. ~~DK-14-80681~~

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Frank Iacono, Powers & Merchant and James Mitchell<br>6 Donald Court West<br>Blue Point NY 11715 | Contract Type: _Miscellaneous_<br>Terms:<br>Beginning date: _7/10/2012_<br>Debtor's Interest:<br>Description: _Various issues concerning Abbington and Powers & Merchant. It is the Debtor's position that this document is an agreement to agree and is not a binding agreement_<br>Buyout Option: |
| Joshua Rose<br>1407 Highland Drive<br>Silver Spring MD 20910 | Contract Type: _Miscellaneous_<br>Terms:<br>Beginning date: _9/23/2012_<br>Debtor's Interest:<br>Description: _Agreement concerning control of Powers & Merchant_<br>Buyout Option: |
| Dale Malone and Cohan Rasnick<br>79 Forest Avenue<br>Cohasset MA 02025 | Contract Type: _Miscellaneous_<br>Terms:<br>Beginning date: _11/8/2013_<br>Debtor's Interest:<br>Description: _Dale Malone and Cohan Rasnick agree to provide legal services to Abbington and James Mitchell_<br>Buyout Option: |
| Jack McMullen<br>130 South Willard Street<br>Burlington VT 05401 | Contract Type: _Investment agreement_<br>Terms:<br>Beginning date: _9/12/2011_<br>Debtor's Interest:<br>Description: _Investment Agreement and Abbington's agreement to provide certain information to McMullen_<br>Buyout Option: |
| Frank Iacono and others<br>6 Donald Court West<br>Blue Point NY 11715 | Contract Type: _Investment agreement_<br>Terms:<br>Beginning date: _5/7/2012_<br>Debtor's Interest:<br>Description: _Investment of $250,000 into Powers & Merchant and other issues_<br>Buyout Option: |

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

B6G (Official Form 6G) (12/07)

15-12351-FJB

In re _Abbington Partners, LLC_ _____ / Debtor    Case No. ~~BK-14-80681~~
                                                           (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Bimal Raj Merchant<br>1400 E. Southern Ave. # 620<br>Tempe AZ  85282 | Contract Type: _Miscellaneous_<br>Terms:<br>Beginning date: _12/10/2010_<br>Debtor's Interest:<br>Description: _Control over Powers & Merchant, PLLC and other issues_<br>Buyout Option: |
| James Mitchell<br>6 Consultant Place, # 100A<br>Durham NC  27707 | Contract Type: _Indemnification Agreement_<br>Terms:<br>Beginning date: _11/28/2013_<br>Debtor's Interest:<br>Description: _Abbington agrees to indemnify James Mitchell for any claims by Frank Iacono and others_<br>Buyout Option: |
| Karen Mitchell<br>6 Consultant Place # 100A<br>Durham NC  27707 | Contract Type: _Miscellaneous_<br>Terms:<br>Beginning date: _6/17/2014_<br>Debtor's Interest:<br>Description: _Karen Mitchell agrees to pay Abbington for certain consulting services_<br>Buyout Option: |
| Kevin X. Murphy<br>J.E. Austin & Associates, Inc.<br>2111 Wilson Blvd # 1100<br>Arlington VA  22201 | Contract Type: _Investment agreement_<br>Terms:<br>Beginning date: _11/1/2011_<br>Debtor's Interest:<br>Description: _Investment Agreement and Abbington's agreement to provide certain information to Murphy_<br>Buyout Option: |
| Thomas M. Poaps<br>164 Pearl Street<br>Cambridge MA  02139 | Contract Type: _Investment agreement_<br>Terms:<br>Beginning date: _8/11/2011_<br>Debtor's Interest:<br>Description: _Investment Agreement and Abbington's agreement to provide certain information to Poaps_<br>Buyout Option: |

Page ___3___ of ___4___

15-12351-FJB

In re _Abbington Partners, LLC_ _____ / Debtor     Case No. ~~BK-14-80681~~

<span style="margin-left:auto">(if known)</span>

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Powers & Merchant_<br>_1400 E Southern Ave., # 620_<br>_Tempe AZ  85282_ | Contract Type: _Miscellaneous_<br>Terms:<br>Beginning date: _9/24/2012_<br>Debtor's Interest:<br>Description: _Agreement to Exchange Debt for Services -- P&M waives any monies it may be owed under the promissory note in exchange for services provided by Abbington and James Mitchell_<br>Buyout Option: |
| _Powers & Merchant and others_<br>_1400 E. Southern Ave., # 620_<br>_Tempe AZ  85282_ | Contract Type: _Miscellaneous_<br>Terms:<br>Beginning date: _9/23/2012_<br>Debtor's Interest:<br>Description: _Agreement concerning where disputes are litigated_<br>Buyout Option: |
| _John M. Powers_<br>_4421 N 75th Place # 102_<br>_Scottsdale AZ  85251_ | Contract Type: _Miscellaneous_<br>Terms:<br>Beginning date: _8/10/2011_<br>Debtor's Interest:<br>Description: _Control over Powerss & Merchant, PLLC and other issues_<br>Buyout Option: |
| _Jonathan Rubin_<br>_42 Garden Street_<br>_Cambridge MA  02138_ | Contract Type: _Miscellaneous_<br>Terms:<br>Beginning date: _2/9/2012_<br>Debtor's Interest:<br>Description: _Investment Agreement and Abbington's agreement to provide certain information to Rubin_<br>Buyout Option: |

<span style="float:right">Page <u>4</u> of <u>4</u></span>

Schedule H

Fill in this information to identify the case:

Debtor name **Abbington Partners, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) *DEMO* 15 - 12351 - F JB

☑ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor | | Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | James Mitchell | Six Consultant Place, Suite 100A<br>Durham, NC 27707 | Cohan, Rasnick, Myerson & Plaut | ☐ D ____<br>■ E/F __3.10__<br>☐ G ____ |
| 2.2 | James Mitchell | Six Consultant Place, Suite 100A<br>Durham, NC 27707 | Astra, Stamatis | ☐ D ____<br>■ E/F __3.3__<br>☐ G ____ |
| 2.3 | James Mitchell | Six Consultant Place, Suite 100A<br>Durham, NC 27707 | Chardon Law | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |
| 2.4 | James Mitchell | Six Consultant Place, Suite 100A<br>Durham, NC 27707 | Cohan, Rasnick, Myerson & Plaut | ☐ D ____<br>■ E/F __3.10__<br>☐ G ____ |
| 2.5 | James Mitchell | Six Consultant Place, Suite 100A<br>Durham, NC 27707 | Dow Jones | ☐ D ____<br>■ E/F __3.13__<br>☐ G ____ |

To Order Best Case Bankruptcy, call toll free 1-800-492-8037.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re Abbington Partners, LLC, Case no. 15-12351-FJB / First Amended Schedules dated June 6, 2016

| Debtor | Abbington Partners, LLC | Case number (if known) | *DEMO* |
|--------|-------------------------|------------------------|--------|

15- 12351- FJB

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                    Column 2: Creditor

2.6   James Mitchell    Six Consultant Place, Suite 100A    Giacalone, Steven    ☐ D _____
                        Durham, NC 27707                                         ☑ E/F  **3.15**
                                                                                 ☐ G _____

DEMO

2.7   James Mitchell    Six Consultant Place, Suite 100A    Grasso, Nicholas    ☐ D _____
                        Durham, NC 27707                                        ☑ E/F  **3.16**
                                                                                ☐ G _____

2.8   James Mitchell    Six Consultant Place, Suite 100A    Hammond, James    ☐ D _____
                        Durham, NC 27707                                       ☑ E/F  **3.19**
                                                                               ☐ G _____

2.9   James Mitchell    Six Consultant Place, Suite 100A    Iacono Law, LLC    ☐ D _____
                        Durham, NC 27707                                       ☑ E/F  **3.22**
                                                                               ☐ G _____

DEMO

2.10  James Mitchell    Six Consultant Place, Suite 100A    Iacono, Frank    ☐ D _____
                        Durham, NC 27707                                     ☑ E/F  **3.23**
                                                                             ☐ G _____

2.11  James Mitchell    Six Consultant Place, Suite 100A    Malone, Dale    ☐ D _____
                        Durham, NC 27707                                    ☑ E/F  **3.27**
                                                                            ☐ G _____

2.12  James Mitchell    Six Consultant Place, Suite 100A    Merchant, Bimal Raj    ☐ D _____
                        Durham, NC 27707                                           ☑ E/F  **3.30**
                                                                                   ☐ G _____

DEMO

To Order Best Case Bankruptcy,
call toll free 1-800-492-8037.

2.13  James Mitchell    Six Consultant Place, Suite 100A    Nowicki, Michael    ☐ D _____
                        Durham, NC 27707                                        ☑ E/F  **3.32**
                                                                                ☐ G _____

In re Abbington Partners, LLC, Case no. 15-12351-FJB  /  First Amended Schedules dated June 6, 2016

Debtor **Abbington Partners, LLC**

Case number *(if known)* *DEMO*

15-12351- F JB

■ Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                                      *Column 2: Creditor*

| 2.14 | James Mitchell | Six Consultant Place, Suite 100A Durham, NC 27707 | Poaps, Thomas M. | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |

DEMO

| 2.15 | James Mitchell | Six Consultant Place, Suite 100A Durham, NC 27707 | Powers & Merchant, PLLC | ☐ D _____ ■ E/F __3.39__ ☐ G _____ |

| 2.16 | James Mitchell | Six Consultant Place, Suite 100A Durham, NC 27707 | Powers, John | ☐ D _____ ■ E/F __3.40__ ☐ G _____ |

| 2.17 | James Mitchell | Six Consultant Place, Suite 100A Durham, NC 27707 | Rubin, Jonathan | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |

DEMO

| 2.18 | James Mitchell | Six Consultant Place, Suite 100A Durham, NC 27707 | Salem, Michael | ☐ D _____ ■ E/F __3.43__ ☐ G _____ |

| 2.19 | James Mitchell | Six Consultant Place, Suite 100A Durham, NC 27707 | South Haven Financial, LLC | ☐ D _____ ■ E/F __3.44__ ☐ G _____ |

DEMO

# To Order Best Case Bankruptcy, call toll free 1-800-492-8037.

In re Abbington Partners, LLC, Case no. 15-12351-FJB  /  First Amended Schedules dated June 6, 2016

US BANKRUPTCY COURT

2016 JUN 9 AM 11 51

Creditor Matrix

Abbas, Bradley
3001 East Camelback Road # 130
Melrose, MA 02176


Abyzov, Alex
255 Beacon Street
Newton, MA 02458


Astra, Stamatis
255 Beacon Street
Boston, MA 02113


Belmont Spring Company
Post Office Box 660578
Dallas, TX 75266


Byer, David J.
66 Gosport Road
Portsmouth, NH 03801


Cacase, Rick
54 Parramatta Road
Riverside, RI 02915


Caven, Willaim
98 Prospect Street, Apt. 2
Somerville, MA 02143


Chardon Law
One State Street, 12th floor
Boston, MA 02109


Clark, Mac
2326 Massachusetts Avenue, No. 1
Cambridge, MA 02140

```
Cohan, Rasnick, Myerson & Plaut
One State Street, 12th floor
Boston, MA 02110


Collara, Katie
c/o James Mitchell
Six Consultant Place, Suite 100A
Durham, NC 27707


DerBoghosian, John
114 Marion Street
Wilmington, MA 01887


Dow Jones
1155 Avenue of the Americas
New York, NY 10036


Durkee, George
7660 Allen Road
Clarkston, MI 48348


Giacalone, Steven
Post Office Box 26
Chelmsford, MA 01824


Grasso, Nicholas
23 Brooks Road
Lincoln, MA 01773


Griesenbeck, Ralph
Six Consultant Place, Suite 100-A
Durham, NC 27707


Groulx, Patrick
Post Office Box 760656
Melrose, MA 02176
```

Hammond, James
Emerging Markets Direct
100 Cummings Center, Suite 324-D
Beverly, MA 01915


Hayes, John
9909 Horton Road
New Hill, NC 27562


Herndon, Jamie
2625 Butler Road
Chapel Hill, NC 27516


Howman, Cean
2090 Serena Avenue
Clovis, CA 93619


Iacono Law, LLC
6 Donald Court West
Blue Point, NY 11715


Iacono, Frank
6 Donald Court West
Blue Point, NY 11715


Kalnex Limited Partnership
Post Office Box 81335
Wellesley Hills, MA 02481


Lange, Brad, The Estate of
c/o James Mitchell
Six Consultant Place
Durham, NC 27707


MacKay, Keith
Tripzon
One Marina Park Drive, Suite 1400
Boston, MA 02210

Malone, Dale
79 Forest Avenue
Cohasset, MA 02025


Mason, W.B.
59 Centre Street
Brockton, MA 02301


Masso-Flores, Ramon
282 Palm King Hill Road
Mystic, CT 06355


Merchant, Bimal Raj
1400 E. Southern Avenue, Suite 620
Tempe, AZ 85282


Metro Cab
120 Braintree Street
Allston, MA 02134


Mitchell, James
Six Consultant Place, Suite 100-A
Durham, NC 27707


Nowicki, Michael
26 Aspen Court
Nanuet, NY 10954


NStar
Post Office Box 660369
Dallas, TX 75266


Pacer Service Center
Post Office Box 71364
Philadelphia, PA 19176

Pearlman Legal Enterprises
One Boston Place, Suite 2600
Boston, MA 02108


Peroz, Zoppo and Associates
Attn: Isaac Peres
75 Washington Street, Suite 6
Canton, MA 02021


Pitney Bowes
2225 American Way
Neenah, WI 54956


Poaps, Thomas M.
164 Pearl Street
Cambridge, MA 02139


Powers & Merchant, PLLC
1400 E. Southern Avenue. # 620
Tempe, AZ 85282


Powers, John
4421 N. 75th Place, # 102
Tempe, AZ 85281


Rowe, Brian
77 Corey Street
West Roxbury, MA 02132


Rubin, Jonathan
42 Garden Street
Cambridge, MA 02138


Salem, Michael
47 Carter Road
Kent, CT 06757

Self, Jessica
c/o James Mitchell
Six Consultant Place, Suite 100A
Durham, NC 27707


South Haven Financial, LLC
6 Donald Court West
Blue Point, NY 11715


Verizon
340 Washington Street
Boston, MA 02108


Village Software
c/o Ford D. Cavallari
50 Battery Street
Boston, MA 02109


Zray Technologies dba Ztelco
Attn: Bill Justice
9105 Chesapeake Drive
San Diego, CA 92123