**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Abbington Partners, LLC

**Case/AP Number** 15-12351 **-FJB**
**Chapter** 7

#110 Chapter 7 Trustee's Final Report, Application for Compensation and Applications for Compensation of Professionals filed by Chapter 7 Trustee John O. Desmond.
#115 Response filed by Interested Party James Mitchell. (Pro-Se) Appearing Telephonically
#117 Response filed by Creditor George M. Durkee II. (Pro-Se) Appearing Telephonically

**COURT ACTION:**

_____Hearing held
_____Granted          _____Approved          _____Moot
_____Denied           _____Denied without prejudice    _____Withdrawn in open court
_____Overruled        _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the Applications of the Trustee, John O. Desmond, and the Trustee's counsel, Riemer & Braunstein LLP, for final compensation are allowed in full and the Trustee's Final Report and Account is hereby approved.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____Dated: 10/31/2017
Frank J. Bailey
United States Bankruptcy Judge